UNITED STATES DISTICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. DESSAU, | Case No. CV09-8130 JFW (SHx) |
| Plaintiff, | **PROTECTIVE ORDER** |
| vs. | |
| AIR NEW ZEALAND, a corporation, and AIR NEW ZEALAND LIMITED, a corporation, | |
| Defendants. | |

Based upon the stipulation of the parties, and good cause appearing, IT IS ORDERED as follows:

1. Plaintiff shall not disseminate, transmit, publish, disclose, or provide access to the identities to be provided by Air New Zealand ("Air NZ") pursuant to this Protective Order of certain ticketed passengers and other individuals who were on board Air NZ Flight # NZ1 from Los Angeles International Airport to Auckland, New Zealand, on January 22, 2008 (the "Identification List") other than to Plaintiff's counsel of record in this case, Girardi & Keese, and the staff employed by Girardi & Keese who are performing work on this case, and to whom disclosure of the Identification List is necessary.

2. Neither Plaintiff's counsel of record in this case, Girardi & Keese, nor

1  the staff employed by Girardi & Keese, shall disseminate, transmit, publish,
2  disclose, or provide access to the Identification List to any other person, entity or
3  party.
4        3.      The Identification List shall be used by Plaintiff, Plaintiff's counsel of
5  record in this case, Girardi & Keese, and the staff employed by Girardi & Keese,
6  exclusively for purposes of this litigation.
7        4.      Upon a resolution of the above-referenced action either by judgment,
8  dismissal, settlement, or other resolution, Plaintiff, Plaintiff's counsel of record in
9  this case, Girardi & Keese, and the staff employed by Girardi & Keese, shall
10 immediately destroy the Identification List and all copies or reproductions of the
11 Identification List, regardless of format.
12       5.      Upon the destruction of the Identification List, Plaintiff's counsel in
13 this case, Girardi & Keese, shall confirm in writing to Air NZ, *via* Air NZ's
14 counsel of record, Rod D. Margo and Ivy L. Nowinsky of Condon & Forsyth LLP,
15 1901 Avenue of the Stars, Suite 850, Los Angeles, California 90067, that the
16 Identification List and all copies or reproductions of the Identification List have
17 been destroyed.
18
19 **IT IS SO ORDERED.**
20
21 DATED: September 01, 2010
22                                  _____
23                                  Honorable Stephen J. Hillman
                                    United States Magistrate Judge
24
25
26
27
28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030