1  GIRARDI | KEESE
   THOMAS V. GIRARDI SBN 36603
2  tgirardi@girardikeese.com
   DAVID N. BIGELOW, SBN 181528
3  dbigelow@girardikeese.com
   1126 Wilshire Boulevard
4  Los Angeles, California 90017
   Telephone:  (213) 977-0211
5  Facsimile:  (213) 481-1554

                                             JS-6
6  Attorneys for PLAINTIFF

7

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12  ROBERT M. DESSAU,              | CASE NO. CV 09 – 08130 – JFW (SHx)
             Plaintiff,            |
13                                 | Assigned to Hon. JOHN F. WALTER
        v.                         |
14                                 | **STIPULATION OF DISMISSAL**
    AIR NEW ZEALAND, a corporation,|
15  and AIR NEW ZEALAND LIMITED, a | and Order
    corporation                    |
16                                 |
             Defendants.           |
17

18

19

20    TO THE COURT, PARTIES AND ATTORNEYS OF RECORD:

21    PLEASE TAKE NOTICE the parties to this action, PLAINTIFF ROBERT M.

22  DESSAU and DEFENDANT AIR NEW ZEALAND have settled this case and thereby

23  submit this stipulation that this case may be dismissed with prejudice.

24

25  Dated:  November 24, 2010          GIRARDI | KEESE

26
                                       By: _____
27  IT IS SO ORDERED                        DAVID N. BIGELOW
28  November 24, 2010                       Attorneys for Plaintiff
    John F. Walter /s/
    United States District Judge

                                   1

Dated: November 24, 2010

CONDON & FORSYTH, LLP

By: _____
IVY NOWINSKI
ROD MARGO
Attorneys for Defendant